UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
9-24-14
SEP 2 4 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SCHAMEIL YULE

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

TOM DART
JOHN DOE
JOHN DOE
~~[redacted]~~
ETC ALL

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

14 C 7462
Judge John W. Darrah
Magistrate Judge Sidney I. Schenkier

CHECK ONE ONLY:

__X__ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: SCHAMEIL YULE

B. List all aliases: _____

C. Prisoner identification number: M44477

D. Place of present confinement: EAST MOLINE CORRECTIONAL CENTER

E. Address: 100 HILLCREST ROAD, EAST MOLINE, IL 61244

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: TOM DART

Title: COOK COUNTY SHERIFF

Place of Employment: COOK COUNTY

B. Defendant: JOHN DOE

Title: SUPERINTENDENT : DIVISION 08 RTU

Place of Employment: COOK COUNTY JAIL

C. Defendant: JOHN DOE

Title: LIEUTENANT : DIVISION 8 RTU

Place of Employment: COOK COUNTY JAIL

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

  A. Name of case and docket number: _13CV07992, 14CV2134_

  B. Approximate date of filing lawsuit: _Dec. 2013, Feb. 2014_

  C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

  D. List all defendants: _Tom Dart, C.R.W. Taylor, John Doe_

  E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District of Illinois, Eastern Division_

  F. Name of judge to whom case was assigned: _Judge Darrah_

  G. Basic claim made: _Lack of Proper Medical Care - Back Pain, Lack of Proper Medical Care - Eyes_

  H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Pending and Pending_

  I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON 3/25/14 I WENT TO COURT ON A COURT WRIT TO DUPAGE COUNTY, I HAD BEEN STAYING IN COOK COUNTY SINCE 6/9/2013, AT COURT, DUPAGE COUNTY REMANDED ME TO STAY OVERNIGHT TO GO TO COURT THE FOLLOWING DAY. THE NEXT DAY, DUPAGE COUNTY LIFTED THE REMAND. COOK COUNTY PICKED ME UP THE FOLLOWING WEEK ON 4/3/2014. WHEN I CAME BACK, THE OFFICERS PUT ME BACK THROUGH PROCESSING. I ASKED THE OFFICERS IF I WOULD BE GOING BACK TO THE DECK I HAD BEEN STAYING AT. THEY TOLD ME NO THAT I WOULD BE GOING SOMEWHERE ELSE NOW. I ASKED THEM ABOUT MY PROPERTY AND HOW TO GET IT. THEY SAID I WOULD HAVE TO TALK TO A "WHITE SHIRT". I NOTIFIED THE OFFICERS, I SPOKE TO MORE THAN ONE, ACTUALLY ABOUT 4 BECAUSE 2 OF THEM SAID THEY "COULDN'T DO ANYTHING ABOUT IT." I NOTIFIED THE OFFICERS THAT I HAD 10 MONTHS OF PERSONAL PROPERTY,

THAT I HAD PERSONAL PICTURES, LETTERS, MY LEGAL PAPERWORK REGARDING MY CRIMINAL CASE AND CIVIL CASE, MY DEODARANT, SHAMPOO, SHOWER SHOES, CLOTHES, PRE-STAMPED ENVELOPES, STAMPS, MY BIBLE, BOOKS, COMISSARY FOOD AND OTHER ITEMS, ETC. ONE OFFICER NOTIFIED THE LIEUTENANT, AND THE LIEUTENANT SAID HE'D MAKE A CALL AND SEND IT OVER THE NEXT DAY TO WHERE I'D BE MOVED. THE NEXT SEVERAL DAYS ~~[scratched out]~~ I NOTIFIED EVERY SARGEANT OR LIEUTENANT IN DIVISION 11 THAT MY PERSONAL PROPERTY WAS IN DIV. 8RTU AND I NEEDED IT. ONE SAID "I'LL LOOK INTO IT", ONE SAID "THAT'S DAY SHIFTS JOB", THEN ONE SAID, "I CALLED OVER THERE AND THEY DON'T HAVE IT." IMMEDIATLY, ON 4/6/14 I FILED A GRIEVANCE NOTIFYING THE SECIAL WORKER, CRW HOUSKINS, ABOUT MY DILEMA. I REPEATEDLY INFORMED THE LIEUTENANT "JOHN DOE" AND INFORMED CRW. HOUSKINS AND SUPERINTENDANT "JOHN DOE" VIE GRIEVANCE FORM ABOUT MY PERSONAL PROPERTY AND LEGAL WORK BEING NOT GIVEN TO ME, AND IGNORED. ONLY TO BE TOLD "THEY DON'T HAVE IT". THE COOK COUNTY SHERIFF'S DEPT. LOST MY PERSONAL PROPERTY & LEGAL WORK DUE TO THEIR OWN NEGLIGENCE. SOME OF THOSE PICTURES AND LETTERS ARE IRREPLACEABLE.

Revised 9/2007

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

FINANCIAL COMPENSATION IN AN AMOUNT TO BE DETERMINED BY THE COURT.

VI.  The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __8__ day of __SEPTEMBER__, 20_14_

_____
(Signature of plaintiff or plaintiffs)

SCHAMEIL YULE
(Print name)

M44477
(I.D. Number)

E.M.C.C.
100 HILLCREST ROAD
EAST MOLINE, IL 61244
(Address)

DG

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE  ☒ NON-GRIEVANCE (REQUEST)

CONTROL # : N/A

**! This section is to be completed by Program Services staff - ONLY !** *(! Para ser llenado solo por el personal de Program Services !)*

### GRIEVANCE FORM PROCESSED AS:
- ☐ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☒ NON-GRIEVANCE (REQUEST)

### REFERRED TO:
- ☐ CERMAK HEALTH SERVICES
- ☒ SUPERINTENDENT: OSRTU-SUPT
- ☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

- PRINT - INMATE LAST NAME: VULE
- PRINT - FIRST NAME: SCHAMEIL
- ID Number: 20130609031
- DIVISION: 11
- LIVING UNIT: DG-312
- DATE: 4/6/14

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT

I WENT TO COURT 3/25/14 IN DuPAGE COUNTY. THEY REMANDED ME OVER NIGHT. COOK COUNTY DIDN'T PICK ME UP UNTIL 4/3/14. WHEN I CAME BACK, INSTEAD OF SENDING ME TO MY DORM IN GANG FREE - DV8RTU 411, THEY PUT ME BACK THROUGH PROCESSING LIKE I WAS ON THE NEW. ALL THROUGH PROCESSING AND THE PAST FEW DAYS I HAVE NOTIFIED MULTIPLE, SEVERAL C.O.'S AND SARGENTS THAT ALL OF MY PROPERTY WAS LEFT IN DV8-RTU, ONLY TO BE TOLD, "I'LL LOOK INTO IT", "THAT'S DAY SHIFT'S JOB", "THERE'S NOTHING I CAN DO ABOUT IT" AND NOW "I CALLED AND THEY DON'T HAVE IT". I'M NOT EVEN COMPLAINING ABOUT BEING MOVED FROM GANG-FREE FOR NO REASON, I'M COMPLAINING BECAUSE NOW I DON'T HAVE ANYTHING! I HAD EVERYTHING A PERSON CAN ACCUMULATE IN 10 MONTHS; MY PICTURES, PERSONAL LETTERS, LEGAL PAPERWORK, DEODARANT, SHAMPOO, SHOWER SHOES, CLOTHES, WHITEOUTS, STAMPS, MY BIBLE, COMISSARY FOOD, BOOKS, ETC. I AM WITHOUT ANYTHING THAT WAS MINE BECAUSE OF THE COUNTY'S NEGLIGENCE. I NEED MY THINGS!!!

**ACTION THAT YOU ARE REQUESTING:** I AM GOING TO STATE PRISON THIS WEEK, I NEED MY BELONGINGS IMMEDIATLY! AND IF I CAN BE MOVED BACK TO WHERE I BELONG - GANG FREE

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

INMATE SIGNATURE: Schameil Vule

CRW/PLATOON COUNSELOR (Print): V. Houskins
SIGNATURE: V. Houskins
DATE CRW/PLATOON COUNSELOR RECIEVED: 4/10/14

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):
SIGNATURE:
DATE REVIEWED: __/__/__

(FCN-47)(NOV 11)   (WHITE COPY - PROGRAM SERVICES)   (YELLOW COPY - CRW/PLATOON COUNSELOR)   (PINK COPY - INMATE)

To the Clerks Office,

I, Schameil Yule, need copies of my claims #13CV7992 and #14CV2134. I had copies myself, however the Cook County Jail staff lost all of my personal property and legal work I acquired in my 10 months incarcerated there when I was remanded at court in a different county. They still have never found it or returned my property to me, and I need copies of my two claims. Thank you!

Sincerely,
Schameil Yule (M44477)

Date: August 29, 2014